No. 82–501. EUSTER ET AL. *v.* PENNSYLVANIA HORSE RACING COMMISSION ET AL. C. A. 3d Cir. Motion of Jockeys' Guild, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.